UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. KELLI CAREY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-131 |
| | ) | Phillips/Shirley |
| LAWANA BROCK, et al., | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the court on the parties' joint motion to reopen the case [Doc. 21]. By order entered January 5, 2006, the court dismissed the case for plaintiff's failure to effect service on defendants. Plaintiff has now submitted proof of service on defendants and defendants have entered their appearance and filed an answer to the complaint. Accordingly, the parties' motion to reopen the case [Doc. 21] is **GRANTED,** and the clerk is **DIRECTED** to place the case back on the court's docket and to set a scheduling conference.

    **IT IS SO ORDERED.**

                                      **ENTER:**

                                               s/ Thomas W. Phillips
                                         United States District Judge